UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:**
**05-81018-CIV-MORENO**

MICHAEL T. STARUCH, *et al.*,

    Plaintiffs,

vs.

EAST COAST VOICE & DATA SYSTEMS, INC., *et al.*,

    Defendants.
_____/

### ORDER DENYING MOTION TO ALLOW CASE TO REMAIN OPEN

THIS CAUSE came before the Court upon Plaintiffs' Response to Court's Order to Show Cause Dated May 15, 2007 and Motion to Allow Case to Remain Open **(D.E. No. 26)**, filed on **April 1, 2008**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is **DENIED**.  This case is closed as of **June 4, 2007**, as a result of Plaintiffs' failure to respond to Judge Paine's Order to Show Cause (D.E. No. 24), filed May 15, 2007, within the allotted 10 day period.  Therefore, it is

**ORDERED** that this case is **DISMISSED** without prejudice.

DONE AND ORDERED in Chambers at Miami, Florida, this 16 day of April, 2008.

                              _____
                              FEDERICO A. MORENO
                              UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record